**STEPHAN ZOURAS, LLP**
James B. Zouras (admitted *pro hac vice*)
Ryan F. Stephan (admitted *pro hac vice*)
Teresa M. Becvar (admitted *pro hac vice*)
Catherine T. Mitchell (admitted *pro hac vice*)
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
Telephone: (312) 233-1550
jzouras@stephanzouras.com
rstephan@stephanzouras.com
tbecvar@stephanzouras.com
cmitchell@stephanzouras.com

*Additional Attorneys Listed on Signature Page*

*Attorneys for Plaintiffs and the Collective Class*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carolyn Bledsoe, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LHC Group, Inc.,<br><br>　　　　Defendant.<br><br>**Consolidated with**<br><br>Deena George, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LHC Group, Inc.,<br><br>　　　　Defendant. | No.: CV-18-02863-PHX-RCC<br><br>Judge Raner C. Collins<br><br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br><br><br>No.: CV-21-01402-PHX-RCC<br><br>Judge Raner C. Collins |

Plaintiffs Carolyn Bledsoe and Deena George, on behalf of themselves and all others similarly situated, and Defendant LHC Group, Inc., by and through their respective attorneys, hereby submit this Joint Settlement Status Report pursuant to the Court's August 24, 2021 Order (Doc. 88) as follows:

To effectuate their settlement, the parties transferred the related *George* case to this District and consolidated the two cases for purposes of settlement approval. (Doc. 87.) The parties have prepared formal settlement documents, which are near finalization, and expect to move the Court for settlement approval on or before October 29, 2021.

RESPECTFULLY submitted this 30th day of September, 2021.

**STEPHAN ZOURAS, LLP**
By: */s/ Teresa M. Becvar*
James B. Zouras (*pro hac vice*)
Ryan F. Stephan (*pro hac vice*)
Teresa M. Becvar (*pro hac vice*)
Catherine T. Mitchell (*pro hac vice*)
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
Telephone: (312) 233-1550

**MARTIN & BONNETT, P.L.L.C.**
Daniel Bonnett
Michael Licata
4647 N. 32nd Street, Suite 185
Phoenix, AZ 85018
Telephone: (602) 240-6900
dbonnett@martinbonnett.com
mlicata@martinbonnett.com

*ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE CLASS*

**ALSTON & BIRD LLP**
By: */s/Glenn G. Patton*
Glenn G. Patton (*pro hac vice*)

1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7785
glenn.patton@alston.com

**BURNSBARTON PLC**
David T. Barton (AZ#016848)
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016
Telephone: (602) 753-4500
david@burnsbarton.com

*ATTORNEYS FOR DEFENDANT LHC GROUP, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David T. Barton (AZ#016848)
**BURNSBARTON PLC**
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016
Phone: (602) 753-4500
david@burnsbarton.com

Glenn Patton (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7785
glenn.patton@alston.com

*Attorneys for Defendant*

By: */s/ Teresa M. Becvar*